Sam ANTHONY, a/k/a Bennie L.
Outlaw, Plaintiff–Appellant,

v.

The UNITED STATES ATTORNEY GENERAL; United States American Government; Department of Social Security Administration; Department of Justice, Defendants–Appellees.

Sam Anthony, a/k/a Bennie L. Outlaw,
Plaintiff–Appellant,

v.

The United States Attorney General; United States American Government; Department of Justice; United States Department of Taxation, Defendants–Appellees.

Nos. 02–2168, 02–2169.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 30, 2002.

Sam Anthony, Appellant Pro Se.

Before WILLIAM D. WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Sam Anthony filed notices of appeal in each of two actions he had pending in the district court. However, the district court had not yet entered orders in either of the cases. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because no order had been entered—much less a final order or an appealable interlocutory or collateral order—we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*